UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Detroit Battery Company, LLC

                                        Plaintiff(s),        Case No. 2:23-cv-11178-FKB-APP

v.                                                        Judge F. Kay Behm

Walby, et al.

                                                                       Magistrate Judge Anthony P. Patti

                                        Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | n/a | n/a | n/a |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 30, 2023                              Signature: /s/ Andrew M. Grove
                                                     Bar No: P48868
                        Firm Name (if applicable): Howard & Howard Attorneys PLLC
                                      Address 1: 450 West Fourth Street
                                      Address 2: Royal Oak, MI 48067
                         City, State Zip Code: 248 723 0343
                                 Telephone No: jg@h2law.com
                          Primary Email Address:

                                                                                        [Save] [Print] [Exit]